UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −77)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,255 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 04, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE CTO−77 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 19−00143 | Manatee County, Florida v. Purdue Pharma L.P. et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 4 | 19−00007 | Bartow County, Georgia v. AmerisourceBergen Drug Corporation et al |
| GAN | 4 | 19−00008 | Polk County, Georgia v. AmerisourceBergen Drug Corporation |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 19−00329 | Gretna City v. Purdue Pharma LP, et al |
| LAE | 2 | 19−00366 | Westwego City v. Purdue Pharma, L.P. et al |
| LAE | 2 | 19−00374 | Jean Lafitte Town v. Purdue Pharma LP et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 2 | 19−00008 | City of Columbia, Mississippi v. Amerisourcebergen Drug Corporation et al |
| **NEW MEXICO** | | | |
| NM | 1 | 19−00056 | Board of County Commissioners of the County of Taos v. AmerisourceBergen Drug Corporation et al |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 4 | 19−00010 | Pamlico County v. AmerisourceBergen Drug Corporation et al |
| NCE | 7 | 19−00012 | Duplin County v. AmerisourceBergen Drug Corporation et al |
| **OKLAHOMA WESTERN** | | | |
| ~~OKW~~ | ~~5~~ | ~~19−00039~~ | ~~Cheyenne and Arapaho Tribes v. Purdue Pharma LP et al~~   Opposed 1/30/19 |

| | | | |
|---|---|---|---|
| ~~OKW~~ | ~~5~~ | ~~19−00042~~ | ~~Cheyenne & Arapaho Tribes v. Watson Laboratories Inc et al~~   Opposed 1/30/19 |

### WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 19−00052 | City of Vienna, West Virginia v. AmerisourceBergen Drug Corporation et al |